IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELPIDIO GARCIA, # M14745, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | Case No. 3:12-cv-00251-JPG |
| ) | |
| DR. MARY LOFTON, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM AND ORDER

Gilbert, District Judge:

Plaintiff, currently incarcerated at Robinson Correctional Center, has brought this *pro se* civil rights action pursuant to **42. U.S.C. § 1983**. Plaintiff claims that Defendant Dr. Mary Lofton, Medical Doctor, denied him adequate medical care on three occasions in late 2010 and early 2011.

On August 23, 2012, the Court conducted a prompt threshold review of the complaint pursuant to its authority under 28 U.S.C. § 1915A. *See* Doc. 13. The Court found that Plaintiff failed to articulate a colorable federal cause of action against Defendant Lofton, and the complaint was **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted. *See id.* However, Plaintiff was granted leave to file an amended complaint within 30 days of the order. *See id.* Plaintiff was warned that "[f]ailure to file an amended complaint may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b)." *Id.* Plaintiff has not filed an amended complaint within 30 days of the August 23 order.

Furthermore, Plaintiff was sent a letter by this District on March 23, 2012, informing him as follows:

"… you are advised that you have a continuing obligation to keep this office informed of any change in your address. The Court will not independently investigate your whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs. Failure to do so may result in dismissal of this action for want of prosecution."

Doc. 6. It appears that a copy of the August 23 order was returned as undeliverable. *See* Doc. 14. The Court must conclude that Plaintiff has changed his address and failed to appropriately notify the Court.

For the forgoing reasons, this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b). This case is **CLOSED**.

**IT IS SO ORDERED.**

DATED: September 26, 2012

                                              *J. Phil Gilbert*
                                              United States District Judge